FRED TUCKER
955 Deep Valley Drive
No.: 2218
Palos Verdes Peninsula, CA 90274
Phone: 310-927-9459
Email: info@zulatucker.com

Plaintiff's In Propria Persona

FILED
JUN - 1 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATE BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRED TUCKER | ) | CASE NO.: 2:23-bk-12707-VZ |
| | ) | |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | [No Hearing Required ] |

## NOTICE OF MOTION OF OBJECTION TO MOTION TO WITHDRAW AS ATTORNEY OF RECORD

TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

Fred Tucker (hereinafter "Debtor") hereby file papers with the court in Debtor objection to the Law office of Kevin T. Simon motion to be relieved as counsel in the above-entitled bankruptcy case.

Debtor has NOT failed to maintain effective communication and trust with counsel.

On Friday May 12, 2023, Attorney Kevin T. Simon agree to represent Debtor in the Chapter 13, case for a base fee of $2,000.00, and $450.00 per hour for any extra work, which is outline in the Right and Responsibilities Agreement Between Debtor and Attorney For Debtor in a Chapter 13 Case.

On Monday May 15, 2023, Debtor received a email from Leda Lopes, Office Manager of the Law Office of Kevin T. Simon, stating that there was a miss communication regarding the attorney fees. The fee was $5,000, with $2,000, up front and the balance through the plan.

On that same day Debtor tried explain to Attorney Simon about the Chapter 13 Client Retainer Agreement, along with the Right and Responsibilities Agreement Between Debtor and Attorney For Debtor in a Chapter 13 Case, that he had signed, stating the base fee was $2,000, but to no avail.

Attorney Simon stated that it was a mistake and he could not represent me for the $2,000, that we had agreed upon.

The Law Office of Kevin T. Simon, is obtain a certain amount of money up front and then dumping the Client when Client does not agree to the bump in Attorney fee.

This is a classic case of bait and switch, when Debtors are most vulnerable.

The Law Office of Kevin T. Simon should not be allow to be relieved as counsel until the performance of his duty representing the Debtor as outline in the agreements.

If the court should grant counsel motion to be relieved, Debtor pray that the order will include the return of Debtor retainer, in order for debtor to retain another attorney.

Do to Debtor current medical condition, Debtor is not capable of being a self-represented party.

Date: May 31, 2023

_____
Debtor

## DECLARATION OF FRED TUCKER IN SUPPORT OF MOTION

I, Fred Tucker, declare as follows:

1. I make the statement herein of my personal knowledge and could and would competently testify thereto if called as a witness.

2. On or about May 12, 2023, I enter into an Agreement with the Law Office of Kevin T. Simon, that the attorney fees was $2,000,, and $450.00 per hour for any extra work. (Exhibit A)

3. On or about May 15, 2023, I received an email from the Law office of Kevin T. Simon, stating that the Chapter 13 attorney fee was now $5,000.00, with $2,000, up front and the balance of the fees in the amount of $3,000, is being paid through the plan. (Exhibit B)

4  On or about May 15, 2023, I tried to explain to Attorney Simon about the Agreements, that both parties had signed, for $2,000.00, but to no avail.

5. Based on these circumstance, it is my belief this is a classic case of bait and switch.

6. The Law Office of Kevin T. Simon, should abide by the Agreements signed by both parties.

Do to Debtor current medical condition, Debtor is not capable of being a self-represented party.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration is executed on May 31, 2023, at Palos Verdes Peninsula, California.

_____
Fred Tucker

# EXHIBIT A

**III. FEES AND COSTS.** CLIENT promises to pay ATTORNEY fees of $2000.— for legal representation in a basic bankruptcy case. CLIENT shall pay court filing fees of $313.00 in addition to a retainer of $1000.— prior to filing the case. The remaining ATTORNEY'S fee balance of $1000.— shall be placed in the Chapter 13 plan and distributed by the Chapter 13 Trustee. CLIENT shall pay a messenger fee of $ 0 in advance (if applicable). CLIENT shall be charged administrative costs, including but not limited to copies, stamps, etc. through the Chapter 13 plan. All fees paid herein are non-refundable. The fees quoted above for bankruptcy cases are mandated by the Rights and Responsibilities Agreement and must be filed with the Court. Additional duties that are part of the Bankruptcy Reform Act of 2005 may have a supplemental billing during your case.

The fees quoted above are for a basic Chapter 13 case only. CLIENT shall be charged for legal services performed that do not fall in the "basic" category regardless if the services are performed and costs incurred before or after the case is confirmed. These services include, but are not limited to the following:

1. Objection to Proof of Claims by creditors;
2. Opposition to Motion for Relief from the Automatic Stay;
3. Motion to Modify/Suspend plan payments;
4. Motions to Sell, Refinance Property or Motion to Incur New Debt;
5. Opposition to Trustee's Motion to Dismiss case;
6. Objection to tax claims
7. Complaints or Motions for Turnover of Property;
8. Complaints or Motions to avoid liens;
9. Complaints or Motions to Extinguish junior mortgages (2nd, 3rd, 4th etc. deeds to trust);
10. Response to Complaints for Nondischargeability;
11. Motions to Compel abandonment of property;
12. Objections to claims in asset cases;
13. US Trustee audit;
14. Other adversary litigation.

In the event ATTORNEY represents CLIENT in such a proceeding described above, a separate agreement will be reached as to additional fees, costs and payment thereto. CLIENT shall be charged at a rate of $450.00 per hour for owner and associate time, and $150.00 per hour for paralegals and/or legal assistants. The scope of such additional work will be determined at the time CLIENT desires to retain ATTORNEY for such work.

Should ATTORNEY and CLIENT not reach such an agreement, CLIENT thereafter acknowledges that ATTORNEY will withdraw from further representation of CLIENT, and CLIENT consents to ATTORNEY'S withdrawal as counsel.

ATTORNEY will also charge CLIENT, generally through the Chapter 13 plan, for all incidental work and costs performed on CLIENT'S case after confirmation, including, but not limited to reviewing correspondence from creditors and the Chapter 13 Trustee; telephone calls; corresponding with CLIENT regarding the status or problem with CLIENT'S case, etc. ATTORNEY will file an Application for Supplemental Fees with the Chapter 13 Trustee for such work performed. CLIENT shall be billed at the rate $450.00 per hour for owner and associate time, and $150.00 per hour for paralegals and/or legal assistants.

Client Initials ____          Page 3 of 7

# EXHIBIT B

From: Leda Lopez leda@ktsimonlaw.com
Subject: Chapter 13 Attorney Fees
Date: May 15, 2023 at 3:09:13 PM
To: info@zulatucker.com
Cc: Kevin Simon kevin@ktsimonlaw.com

Hello Mr. Tucker,

There was a miss communication regarding the attorney fees due through the plan. The fee for Chapter 13 is $5,000, you are paying $2,000 up front and the balance of the fees in the amount of $3,000 is being paid through the plan.

Please acknowledge and confirm receipt of this email and I will make the changes accordingly.

Cordially,

Leda Lopez
Office Manager
**Law Offices of Kevin T. Simon, APC**
21241 Ventura Blvd., Suite 253
Woodland Hills, CA 91364
Tel: (818) 783-1674
Direct: (818) 330-4427
Text Msg: (747) 388-1819
Fax: (818) 783-6253
leda@ktsimonlaw.com

# www.ktsimonlaw.com

THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE, OR RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE E-MAIL ADDRESS AND DELETE THE TRANSMISSION.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
840 Apollo Street, El Segundo, CA 90245

A true and correct copy of the foregoing document entitled (specify): Notice of Motion of Objection To Motion To Withdraw As Attorney of Record.

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) __05/31/2023__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vicent P. Zurzolo, 225 East Temple Street, Ctrm 1368, Los Angeles, CA 90012
The Law Office of Kevin T. Simon, 21241 Ventura Boulevatd, Suite 253, Woodland Hills, CA 91364

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/31/2023 | Bert Mascano | _[signature]_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br><br>Fred Tucker,<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 2:23-bk-12707-VZ |
|---|---|

## ADDITIONAL SERVICE LIST:

**Debtor**
Fred Tucker
955 Deep Valley Drive No. 2218
Palos Verdes Peninsula, CA 90274

Chapter 13 Trustee
Nancy Curry
1000 Wilshire Blvd., Ste 870
Los Angeles, CA 90017

Edward A. Hoffman, Esq.
Law Offices of Edward A. Hoffman
11755 Wilshire Blvd.
Suite 1250
Los Angeles, CA 90025-3600

Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeffrey S. Kaufman, Esq.
Wolfe & Wyman LLP
2212 Dupont Drive
Irvine, CA 92612

JPMorgan Chase Bank N.A.
c/o NTC 2100 Alt. 19 North
Palm Harbor, FL 34683

Office of the United States Trustee
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017

PNC Mortgage
PO Box 8703
Dayton, OH 45401-8703

Quality Loan Service Corp
2763 Camino Del Rio South
San Diego, CA 92108

Stella A. Havkin, Esq.
Havkin & Shrago
5950 Canoga Avenue
Suite 400
Woodland Hills, CA 91367

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                  **F 9013-3.1.PROOF.SERVICE**