1

2  JaVonne M. Phillips, Esq. SBN 187474
   **McCarthy & Holthus, LLP**
3  2763 Camino Del Rio South, Suite 100
   San Diego, CA 92108
4  Phone (877) 369-6122
   Fax (619) 685-4811
5  bknotice@mccarthyholthus.com

6
   Attorneys for PNC Bank, National Association
7

8

9                    UNITED STATES BANKRUPTCY COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11                       LOS ANGELES DIVISION

12

13  In re                                     ) Case No.  2:23-bk-12707-VZ
                                               )
14                                             ) Chapter 13
                                               )
15  Fred Tucker,                               )
                                               )
16       Debtor.                               ) **DECLARATION IN SUPPORT OF**
                                               ) **OBJECTION**
17                                             )
                                               )
18                                             )
                                               ) **Confirmation Hearing:**
19                                             ) Date:  7/22/2024
                                               ) Time:  10:00 AM
20                                             ) Place:  13th Floor, 1368
                                               )         255 E. Temple Street
21                                             )         Los Angeles CA
                                               )
22                                             )
                                               )
23                                             )
                                               )
24                                             )
                                               )
25                                             )
                                               )
26                                             )
                                               )
27                                             )

28

29           **DECLARATION IN SUPPORT OF OBJECTION**

                              1                    File No.  CA-23-173700
                                          Objection to Plan, Case No. 2:23-bk-12707-VZ

1    I, _Mark Feliciano_, declare and state as follows:

2    1.    I am over 18 years of age and am employed as a _Default Litigation Specialist, Sr._ of PNC

3    Bank, National Association ("PNC Bank, N.A."). In such capacity, I am authorized to make this

4    declaration regarding the loan described below (the "Loan"). If called to testify in this matter, I

5    would testify under oath as to the following:

6    2.    I have access to and am familiar with the books and records of PNC Bank, N.A.

7    regarding the Loan, including the servicing records and copies of the applicable Loan documents

8    of PNC Bank, N.A.. I am familiar with the manner in which PNC Bank, N.A. maintains its

9    books and records, including computer records relating to the servicing of the Loan. The records

10   of PNC Bank, N.A. are made at or near the time of the occurrence of the matters set forth in such

11   records, by an employee or representative with knowledge of the acts or events recorded. Such

12   records are obtained, kept and maintained by PNC Bank, N.A. in the regular course of business

13   of PNC Bank, N.A.. PNC Bank, N.A. relies on such records in the ordinary course of its

14   business.

15   3.    I am familiar with the manner and procedure by which the records of PNC Bank,

16   N.A., are obtained, prepared, and maintained. Those records are obtained, prepared, and

17   maintained by employees or agents at PNC Bank, N.A. in the performance of their regular

18   business duties at or near the time, act, conditions, or events recorded thereon. The records are

19   made either by persons with knowledge of the matters they record or from information obtained

20   by persons with such knowledge. It is my business practice to maintain these records in the

21   regular course of business.

22   4.    The subject real property securing the Deed of Trust loan is commonly known as

23   1232 Via Landeta, Palos Verdes Estate, CA 90274, and legally described as set forth in the

24   attached Deed of Trust.

25   5.    PNC Bank, N.A. is the holder of a Promissory Note dated 1/21/1988, in the

26   principal amount of $375,000.00, which is secured by the Deed of Trust of the same date, and

27   recorded in the Official Records of Los Angeles County, on 2/5/1988. True and correct copies of

28   the Deed of Trust and Note are attached hereto as Exhibits "2" and "3" respectively.

29

1    6.    The subject loan, which matured on 02/01/2018, has an interest rate of 7.5%.  As

2  of 05/03/2023, the approximate amount in default was $418,738.62.

3    7.    PNC Bank, N.A. uses the standard practices of the mortgage lender industry.  A

4  payment received is applied to the account and credited to the next due payment.  For example, a

5  payment received in December will be applied to the November payment if no payment had been

6  received in November.

7    8.    The next scheduled monthly payment is due 06/01/2023, and continuing each

8  month thereafter.

9    9.    PNC Bank, N.A. requires the Debtor to maintain and pay the property taxes and

10  homeowner's insurance.

11    I declare under penalty of perjury under the laws of the United States of America that the

12  foregoing is true and correct.

13    Executed on _6-7-2023_ (date)

14

15    _Mark F_

16  Title: Mark Feliciano, Default Litigation
        Specialist, Sr.

17

18

19

20

21

22

23

24

25

26

27

28

29